PER CURIAM.
Affirmed. Arnold v. Shumpert, 217 So.2d 116 (Fla.1968); McPhee v. Dade County, 362 So.2d 74 (Fla. 3d DCA 1978); Armetta v. Clevetrust Realty Investors, 359 So.2d 540 (Fla. 4th DCA 1978), cert. denied, 366 So.2d 879 (Fla.1978); Schaeffer v. Gilmer, 353 So.2d 847 (Fla. 1st DCA 1977); Rice v. First Federal Savings and Loan Association of Lake County, 207 So.2d 22 (Fla. 2d DCA 1968), cert. denied, 212 So.2d 879 (Fla.1968).